UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 MAR 31 A 11: 54
U.S. DISTRICT COURT
DISTRICT OF MASS

)
DEBRA SIMON, )
)
    Plaintiff, )
)
vs. )
)
MACY'S EAST, INC. and )
FEDERATED DEPARTMENT )
STORES, INC. and MACY'S EAST,)
INC. ENHANCED SEVERANCE )
PLAN FOR TOP OF THE RANGE )
HOURLY EMPLOYEES-GROUP 1,)
)
    Defendants. )
)

Civil Action No. 05-CV10182-RWZ

### STIPULATION FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING

Plaintiff, Debra Simon, and Defendants, Macy's East, Inc., Federated Department Stores, Inc., and Macy's East, Inc. Enhanced Severance Plan for Top of the Range Hourly Employees – Group 1, (collectively "parties"), hereby stipulate to enlarge the time for the Defendants to file their answer or responsive pleading pursuant to Federal Rule of Civil Procedure 12 by thirty (30) days.

The original deadline for filing and service of the answer or responsive pleading was April 4, 2005 and the stipulated-to deadline is May 4, 2005. The parties state as grounds for this extension that they are engaged in efforts to reach a settlement in this matter and the additional time will afford them the opportunity to conclude those discussions before proceeding with the litigation.

Respectfully submitted,

| | |
|---|---|
| DEBRA SIMON,<br>By her attorney, | MACY'S EAST, INC., et al.,<br>By their attorneys, |
| /s/ Martha M. Wishart<br>Martha M. Wishart (BBO# 556694)<br>McKenzie & Associates, P.C.<br>44 School Street, 11th Floor<br>Boston, MA 02108<br>617 723-0400 | /s/ Robert P. Joy<br>Robert P. Joy (BBO# 254820)<br>Tracy Thomas Boland (BBO# 638878)<br>Morgan, Brown & Joy, LLP<br>200 State Street<br>Boston, MA 02109<br>617 523-6666 |

Dated: March 30, 2005