UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBRA SIMON,
        Plaintiff,

v.

MACY'S EAST, INC. and FEDERATED DEPARTMENT STORES, INC., and MACY'S EAST ENHANCED SEVERANCE PLAN FOR TOP OF THE RANGE HOURLY EMPLOYEES-GROUP 1,
        Defendants.

Civil Action No. 05- CV 10182 RWZ

NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS

      Please enter our appearance as counsel for the defendants Macy's East, Inc., Federated Department Stories Inc., and Macy's East, Inc., Enhanced Severance Plan for Top of the Range Hourly Employees-Group 1, in the above-referenced matter.

      Respectfully submitted for

      Macy's East, Inc., Federated Department Stores, Inc, and Macy's East, Inc., Enhanced Severance Plan for Top of the Range Hourly Employees-Group 1,

      By their attorneys,

      /s/ Robert P. Joy  /s/ Daniel S. Field
      Robert P. Joy (BBO No. 254820)
      Daniel S. Field (BBO No. 560096)
      MORGAN, BROWN & JOY, LLP
      200 State Street
      Boston, Massachusetts  02109-2605
      (617) 523-6666

Dated:  May 27, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon counsel for the plaintiff, Martha Wishart, Esq. McKenzie & Associates, 44 School Street, Suite 1100, Boston, MA 02108, by first-class U.S. mail this 27th day of May, 2005.

                                                /s/ Daniel S. Field
                                               Daniel S. Field