# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBRA SIMON,<br>          Plaintiff,<br><br>v.<br><br>MACY'S EAST, INC. and FEDERATED DEPARTMENT STORES, INC., and MACY'S EAST ENHANCED SEVERANCE PLAN FOR TOP OF THE RANGE HOURLY EMPLOYEES-GROUP 1,<br>          Defendants. | Civil Action No. 05- CV 10182 RWZ<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS** |

Defendants Macy's East, Inc., ("Macy's"), Federated Department Stories Inc., ("Federated"), and Macy's East, Inc., Enhanced Severance Plan for Top of the Range Hourly Employees-Group 1 (the "Plan") (collectively the "Defendants"), pursuant to Fed. R. Civ. P. 7.1 and LR.7.3, submits the following corporate disclosure statement:

Macy's East, Inc. is a wholly-owned subsidiary of its parent company, Federated Department Stores, Inc., which is a publicly held corporation. Federated Department Stores, Inc. is publicly held corporation. Macy's East Enhanced Severance Plan for Top of the Range Hourly Employees-Group 1 is not a corporate entity.

          Respectfully submitted by

          Macy's East, Inc., Federated Department Stores, Inc, and Macy's East, Inc., Enhanced Severance Plan for Top of the Range Hourly Employees-Group 1,

          By their attorneys,

          /s/ Daniel S. Field
          Robert P. Joy (BBO No. 254820)
          Daniel S. Field (BBO No. 560096)
          MORGAN, BROWN & JOY, LLP
          200 State Street
          Boston, Massachusetts  02109-2605
          (617) 523-6666

Dated:  May 27, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon counsel for the plaintiff, Martha Wishart, Esq.  McKenzie & Associates, 44 School Street, Suite 1100, Boston, MA 02108, by first-class U.S. mail this 27th day of May, 2005.

          /s/ Daniel S. Field
          Daniel S. Field