UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBRA SIMON,<br>    Plaintiff,<br><br>v.<br><br>MACY'S EAST, INC., And FEDERATED DEPARTMENT STORES, INC and MACY'S EAST, INC, ENHANCED SEVERANCE PLAN FOR TOP OF THE RANGE HOURLY EMPLOYEES-GROUP 1,<br>    Defendants | CIVIL ACTION NO. 05-CV 10182RWZ |

PLAINTIFF'S SETTLEMENT
PROPOSAL PRESENTED TO DEFENDANTS
<u>WITH LOCAL RULE 16.1(D)</u>

In accordance with Rule 16.1(D) of the Local Rules of United States District Court for the District of Massachusetts, the Plaintiff hereby presents the following settlement proposal: the plaintiff would be willing to release all claims against the defendants in exchange for severance payment as set forth in the Enhanced Severance Package with interests on said payment from July 31, 2004 through the present; reinstatement as a beneficiary of the early retirement plan, and attorneys fees accrued to date.

/S/Martha M. Wishart
Martha M. Wishart (BBO # 556694)
McKenzie & Associates, P.C.
44 School Street
Boston, MA 02108
617.723-0400

Dated: July 19, 2005

**CERTIFICATE OF SERVICE**

I, Martha M. Wishart, hereby certify that I have served the forgoing document upon all counsel of record electronically vie ECF.

Dated:  July 19, 2005                              /S/Martha M. Wishart